IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL BLOEBAUM, | * | |
| Plaintiff, | * | |
| v. | * | |
| DEPARTMENT OF VETERAN AFFAIRS, DENIS MCDONOUGH, SECRETARY UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, | * | CV 121-081 |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 16.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA